1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6  DANIEL F. MCLENNON, SBN 124810
   MCLENNON LAW CORPORATION
7  550 California Street
   Sacramento Tower, Suite 700
8  San Francisco, CA 94104
   Telephone: (415) 3946688
9  Facsimile: (415) 394-6687

10 Attorneys for Defendants
   Jeffrey E. McClung; Carolyn J. McClung;
11 David Del Rio, Trustee of the Del Rio Family
   Trust Dated August 24, 2005; Ann M. Del Rio,
12 Trustee of the Del Rio Family Trust Dated
   August 25, 2005
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL McCUNE, | Case No. 2:10-cv-02762-JAM-DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL and ORDER THEREON |
| JEFFREY E. MCCLUNG; CAROLYN J. MCCLUNG; DAVID DEL RIO, TRUSTEE OF THE DEL RIO FAMILY TRUST DATED AUGUST 24, 2005; ANN M. DEL RIO, TRUSTEE OF THE DEL RIO FAMILY TRUST DATED AUGUST 25, 2005, | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Michael McCune, and defendants, Jeffrey E. McClung; Carolyn J. McClung; David Del Rio, Trustee of the Del Rio Family Trust Dated August 24, 2005; Ann M. Del Rio, Trustee of the Del Rio Family Trust Dated August 25, 2005, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 23, 2011                    DISABLED ADVOCACY GROUP, APLC

   /s/   Lynn Hubbard III
LYNN HUBBARD III
Attorney for Plaintiff Michael McCune

Dated: March 23, 2011                    MCLENNON LAW CORPORATION

   /s/   Daniel F. McLennon
DANIEL F. MCLENNON
Attorney for Defendants Jeffrey E. McClung; Carolyn J. McClung; David Del Rio, Trustee of the Del Rio Family Trust Dated August 24, 2005; Ann M. Del Rio, Trustee of the Del Rio Family Trust Dated August 25, 2005

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-02762-JAM-DAD, is hereby dismissed with prejudice.

Dated:  3/24/2011                        /s/ John A. Mendez
                                         United States District Court Judge